# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:19-cr-76-6 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| GLENNA BUNCH ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 175) recommending that the Court: (1) grant Defendant's motion to withdraw her not-guilty plea to a lesser-included offense of Count One of the nine-count Second Superseding Indictment; (2) accept Defendant's guilty plea to a lesser-included offense of Count One of the nine-count Second Superseding Indictment; (3) adjudicate Defendant guilty of conspiracy to distribute and possess with intent to distribute 5 grams or more of methamphetamine (actual) and 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846; and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release (Doc. 26) pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 175) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw her not-guilty plea to a lesser-included offense of Count One of the nine-count Second Superseding Indictment is **GRANTED**;

2. Defendant's plea of guilty to a lesser-included offense of Count One of the nine-count Second Superseding Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute and possess with intent to distribute 5 grams or more of methamphetamine (actual) and 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846; and

4. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release (Doc. 26) until further order of this Court or sentencing in this matter, which is scheduled to take place before the undersigned on **September 18, 2020, at 9:00 a.m.**

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**